[No. 25551-7-I.   Division One.   February 24, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN S.
CRAFT, *Appellant*.

Appeal from a judgment of the Superior Court for
Skagit County, No. 86-1-00242-1, Gilbert E. Mullen, J.,

entered January 25, 1990. *Remanded* by unpublished per curiam opinion.